# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DARIUS JAPHET FORD  
JENNIFER ANNE FORD  
6234 SOUTH PARK PL W  
POWELL, OH  43065

Case No:    05-59312

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-6232  
XXX-XX-7029

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| AT&T<br>PO BOX 769<br>ARLINGTON, TX  76004 | 21.42 |